**Order entered January 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00099-CV

**WILLIAM DREXEL AND SANDY DREXEL, Appellants**

**V.**

**TOLL BROTHERS, INC. AND TOLL DALLAS TX LLC, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03255-2012**

## ORDER

Before the Court is appellants' January 3, 2019 unopposed motion for leave to file a sur-sur-reply brief. Attached to the motion is appellants' proposed brief.

We **GRANT** appellants' motion and **ORDER** appellants to file the sur-sur-reply brief no later than January 10, 2019.

/s/    ADA BROWN
       JUSTICE